UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA WINDHEIM,**

       **Plaintiff,**

**v.**                                 **Case No. 6:26-cv-389-CEM-RMN**

**JARALEA WORLD, LLC,**

       **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Renewed Joint Motion for Court Approval of Settlement and Request for Dismissal With Prejudice ("Motion," Doc. 28). The United States Magistrate Judge issued a Report and Recommendation (Doc. 29), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and made a part of this Order.

2. The Renewed Joint Motion for Court Approval of Settlement and Request for Dismissal With Prejudice (Doc. 28) is **GRANTED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record